IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

CLAIRE SNYDER, :

    Plaintiff,

v. : Case No. 3:11-cv-201

COMMISSIONER OF SOCIAL : JUDGE WALTER H. RICE
SECURITY,

    Defendant. :

---

DECISION AND ENTRY ADOPTING UNITED STATES MAGISTATE JUDGE'S REPORT AND RECOMMENDATION (DOC. #22); OVERRULING AS MOOT PLAINTIFF'S INITIAL MOTION FOR ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT (DOC. #20); SUSTAINING STIPULATION FOR AWARD OF EAJA FEES (DOC. #21); AWARDING PLAINTIFF $4200.00 IN EAJA FEES AND COSTS

---

Based on the reasoning and citations of authority set forth by United States Magistrate Judge Michael J. Newman, in his Report and Recommendation, filed January 11, 2013 (Doc. #22), as well as upon a thorough *de novo* review of this Court's file and the applicable law, this Court ADOPTS said judicial filing in its entirety. The Court notes that no objections have been filed by either party within the time allotted.

Accordingly, Plaintiff's Motion for Attorney Fees under the Equal Access to Justice Act ("EAJA"), Doc. #20, is OVERRULED AS MOOT. The Joint Stipulation

for an Award of Attorney's Fees Under the EAJA, Doc. #21, is SUSTAINED, and Plaintiff is AWARDED $4200.00 in fees, expenses and costs.

This case shall remain terminated upon the Court's docket.

Date: January 30, 2013

WALTER H. RICE
UNITED STATES DISTRICT JUDGE